# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC.,<br>425 Third Street SW, Suite 800<br>Washington, DC 20024,<br><br>      *Plaintiff,*<br><br>vs.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001,<br><br>      *Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No. |

## COMPLAINT

Plaintiff, Judicial Watch, Inc. brings this action against Defendant U.S. Department of Justice to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552. As grounds therefor, Plaintiff alleges as follows:

## JURISDICTION AND VENUE

1. The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

## PARTIES

3. Plaintiff Judicial Watch, Inc. is a not-for-profit, educational organization incorporated under the laws of the District of Columbia and headquartered at 425 Third Street SW, Suite 800, Washington, DC 20024. Plaintiff seeks to promote transparency, accountability, integrity in government and fidelity to the rule of law. As part of its mission, Plaintiff regularly requests records from federal agencies pursuant to FOIA. Plaintiff analyzes the responses and

disseminates its findings and the requested records to the American public to inform them about "what their government is up to."

4. Defendant U.S. Department of Justice ("DOJ") is an agency of the United States Government and is headquartered at 950 Pennsylvania Avenue NW, Washington, DC 20530-0001. DOJ has possession, custody, and control of records to which Plaintiff seeks access.

## STATEMENT OF FACTS

5. On April 24, 2023, Plaintiff submitted a FOIA request to the Federal Bureau of Investigation ("FBI"), a component of Defendant, via the FBI's eFOIA web portal, seeking access to the following:

> All records, including but not limited to, investigative reports, witness statements, ballistics reports, audio/video recordings, memoranda, law enforcement officials' handwritten notes, schematics, electronic communications, and evidence logs, relating to the March 27, 2023 shooting rampage by Audrey Hale at Covenant School in Nashville, Tennessee.

6. By letter dated April 26, 2023, the FBI advised Plaintiff that the request, which had been assigned FOIPA Request No. 1590545-000, had been denied. The letter asserted that all records responsive to the request were exempt from disclosure pursuant to FOIA exemption 552(b)(7)(A) and that an administrative appeal could be submitted to Defendant's Office of Information Policy ("OIP").

7. That same day, April 26, 2023, Plaintiff submitted an administrative appeal to OIP.

8. Later that same day, April 26, 2023, OIP acknowledged receipt of the appeal and advised Plaintiff that the appeal had been assigned tracking number A-2023-01161.

9. By letter dated May 22, 2023, OIP advised Plaintiff that it had affirmed the FBI's denial of Plaintiff's FOIA request.

## COUNT I
### (Violation of FOIA, 5 U.S.C. § 552)

10. Plaintiff realleges paragraphs 1 through 9 as if fully stated herein.

11. Defendant is violating FOIA by refusing to produce all non-exempt records responsive to Plaintiff's request.

12. Plaintiff is being irreparably harmed by Defendant's violation of FOIA and will continue to be irreparably harmed unless Defendant is compelled to comply with the law.

13. Plaintiff has no other adequate remedy at law.

14. Plaintiff has exhausted all administrative remedies.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) order Defendant search for any and all records responsive to Plaintiff's FOIA request and demonstrate that it employed search methods reasonably likely to lead to the discovery of all records responsive to the request; (2) order Defendant to produce, by a date certain, any and all non-exempt records responsive to Plaintiff's request and a *Vaughn* index of any responsive records withheld under claim of exemption; (3) enjoin Defendant from continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA request; (4) grant Plaintiff an award of attorney's fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and (5) grant Plaintiff such other relief as the Court deems just and proper.

Dated: May 24, 2023

Respectfully submitted,

/s/ *Lauren M. Burke*
Lauren M. Burke
DC Bar No. 1028811
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Tel:    (202) 646-5172
Email: lburke@judicialwatch.org

*Counsel for Plaintiff*